CHARLES S. SARGENT and Others, Appellants, v. HOME INSURANCE COMPANY OF NEW YORK, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

BESSIE HORNE, Appellant, v. AUGUSTUS S. HOUGHTON, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SAMUEL HERSHKOWITZ, as Treasurer of Joint Council of New York Cloth Hat, Cap and Millinery Workers Union, an Unincorporated Association Consisting of Seven or More Members, Appellant, v. GOOD VALUE HAT AND CAP COMPANY, a Domestic Corporation, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN LOONAN, Appellant.†— While we strongly disapprove of the conduct of the court and defendant's trial counsel, the judgment of conviction must be affirmed, pursuant to section 542 of the Code of Criminal Procedure, because of the clear guilt of the defendant. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

D. S. STERN Co., INC., Appellant, v. LOUIS PIZITZ, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

KATE HOROWITZ, Respondent, v. SOUNDFIELD HOLDING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE SPANISH ART GALLERY, LTD., Appellant, v. VITAL BENGUIAT and LEOPOLD BENGUIAT, Copartners, etc., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARCU S. GROSS, Appellant, v. THE HOME INDEMNITY COMPANY, NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MERRITT ISLAND INVESTMENT COMPANY, Appellant, v. LEE M. RUMSEY, JR., Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HARRY A. SAMBERG, as Receiver of the Assets of LOUIS BERNSTEIN and FRANK STEIN, Individually and as Copartners, etc., Respondent, v. LOUIS BERNSTEIN and FRANK STEIN, Individually and as Copartners, etc., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, v. FRANCES PERKINS, as Industrial Commissioner of the State of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, v. ERY KEHAYA, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.